UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) Case No. CR04-0496-JCC-JPD |
| v. | ) SUMMARY REPORT OF U.S. |
| AMADO VELASQUEZ, | ) MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS |
|         Defendant. | ) OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 20, 2006. The United States was represented by Assistant United States Attorney Jill Otake, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Distribution of Methamphetamine and sentenced on or about October 14, 2005, by the Honorable John C. Coughenour to a term of seven (7) days in custody with credit for time served, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, financial disclosure, and 180 days placement in a community corrections center followed by 180 days of home confinement.

In a Violation Report and Request for Summons dated October 24, 2006, U.S.

Probation Officer Christopher S. Luscher asserted the following violations by defendant of the conditions of his supervised release:

    (1)    Failing to comply with the home-confinement program since September 23, 2006, in violation of the special condition requiring he participate in the home-confinement program with electronic monitoring as directed by the probation officer for a period of 180 days.

    (2)    Failing to answer truthfully all inquiries by the probation officer, on or about October 15, 2006, in violation of standard condition No. 3.

    (3)    Failing to follow instructions of the probation officer, as of October 4, 2006, in violation of standard condition No. 3.

The defendant was advised of the allegations, and advised of his rights. Defendant admitted to the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable John C. Coughenour on December 8, 2006, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to the terms of continued supervision.

DATED this 20th day of November, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable John C. Coughenour
     AUSA:               Ms. Jill Otake
     Defendant's attorney:   Ms. Carol Koller
     Probation officer:      Mr. Christopher Luscher

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2